UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL ANDREWS,

                Plaintiff,

-against-

JAMES JOHNSON; DANIEL H.. WOLF; BENJAMIN SHRIER; RUSHMI BHASKARAN; JUDGE ENGELMAYER; KEVIN KEATING; SUSAN KELLMAN; IZRA SPILKE,

                Defendants.

21-CV-8310 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued January 18, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 18, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge